KAREN P. HEWITT
United States Attorney
John F. Weis
Assistant U. S. Attorney
California State Bar No. 82884
516B Industry Way, Suite C
Imperial, CA 92251
Telephone: (760) 370-0893 Ext. 13

Attorneys for Plaintiff
United States of America

FILED
JAN 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>Ernesto VIRUET<br>Defendant. | ) Magistrate Case No.: **08MJ8063**<br>)<br>) Statement of Related Case |

The government avers that the above captioned case is related to United States v. Jana Fernanda ANDRADE, Magistrate Number 08MJ8048.

Dated: January 25, 2008.

KAREN P. HEWITT
United States Attorney

[signature]

JOHN F. WEIS
Assistant U. S. Attorney