FILED
MAR 1 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ERNESTO VIRUET, Defendant. | Criminal Case No. 08CR0495-LAB<br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Jana Fernanda Andrade, Criminal Case No. 08CR0433-W.

DATED: March 5, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CR